# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER P. CAPOCCI,** <br> **AIS# 292555** <br>     Petitioner, | ) <br> ) <br> ) <br> ) |
| v. | ) **CIVIL ACTION NO. 1:21-00201-WS-N** <br> ) |
| **REOSHA BUTLER** *et al.*, <br>     Respondents. | ) <br> ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 18) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(R), and dated December 28, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Christopher P. Capocci's Petition for a Writ of habeas Corpus under 28 U.S.C. § 2254 dated August 25, 2021 (Doc. 8) be **DISMISSED without prejudice** for lack of subject matter jurisdiction. The Court also finds that Capocci is not entitled to appeal *in forma pauperis*. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 18th day of January, 2022.

/s/William H. Steele  
**WILLIAM H. STEELE**  
**UNITED STATES DISTRICT JUDGE**